**BRYAN CAVE LLP**
James Goldberg, California Bar No. 107990
Thomas E. Nanney, California Bar No. 214342
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907
Telephone:    (415) 675-3400
Facsimile:    (415) 675-3434
Email:    james.goldberg@bryancave.com
       tom.nanney@bryancave.com

Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC.; BANK OF AMERICA, NA; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and ANIL SHAH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD TANNER AND CRISTINE TANNER,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA HOME LOANS f/k/a COUNTRYWIDE HOME LOANS; COUNTRYWIDE BANK, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.; C.F. FINANCIAL, INC.; KEY BANK, N.A.; COUNTRYWIDE HOME LOANS; ANHIL B. SHAH and DOES 1-20 inclusive,<br><br>Defendants. | Case No. 2:09-cv-03149-GEB-KJM<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR COUNTRYWIDE HOME LOANS, INC. ERRONEOUSLY NAMED AS BANK OF AMERICA HOME LOANS F/K/A COUNTRYWIDE HOME LOANS AND ERRONEOUSLY NAMED AS COUNTRYWIDE HOME LOANS; BANK OF AMERICA, NA AS SUCCESSOR IN INTEREST TO COUNTRYWIDE BANK, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ERRONEOUSLY NAMED AS MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.; AND ANIL SHAH TO RESPOND TO COMPLAINT**<br><br>**[Local Rule 6-144]** |

## STIPULATION

This Stipulation is entered into by Plaintiffs DONALD and CRISTINE TANNER ("Plaintiffs") and Defendants COUNTRYWIDE HOME LOANS, INC. ("CHL") erroneously

named as Bank of America Home Loans f/k/a Countrywide Home Loans and erroneously named as Countrywide Home Loans; BANK OF AMERICA, NA ("BOA") as successor in interest to Countrywide Bank, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") erroneously named as Mortgage Electronic Registration System, Inc.; and ANIL SHAH.

WHEREAS, on November 12, 2009, Plaintiffs filed a Complaint in this Court;

WHEREAS, pursuant to Local Rule 6-144(a), on December 17, 2009, Plaintiffs, CHL, BOA, MERS and Shah agreed to a 30-day extension of time for CHL, BOA, MERS and Shah to file their response to the Complain;

WHEREAS, pursuant to Local Rule 6-144(a) of the Eastern District of California, Plaintiff has granted CHL, BOA, MERS and Shah a 30-day extension until January 13, 2010, to respond to the Complaint, and the parties now seek this Court's approval;

NOW, THEREFORE, Plaintiffs, on the one hand, and CHL, BOA, MERS and Shah on the other hand, desire and hereby **STIPULATE** that CHL, BOA, MERS and Shah shall have until, and including, January 13, 2010 to respond to Plaintiff's Complaint in this matter.

**IT IS SO STIPULATED.**

Dated:  December 16, 2009            **LAW OFFICES OF SHARON L. LAPIN**
                                     Sharon L. Lapin

                                     By:  /s/ Sharon L. Lapin
                                         Sharon L. Lapin
                                         Attorney for Plaintiffs
                                         DONALD TANNER and CRISTINE
                                         TANNER

Dated:  December 16, 2009            **BRYAN CAVE LLP**
                                     James Goldberg
                                     Thomas E. Nanney

                                     By:  /s/ James Goldberg
                                         James Goldberg
                                         Attorneys for Defendants
                                         COUNTRYWIDE HOME LOANS, INC.; BANK
                                         OF AMERICA, NA; MORTGAGE
                                         ELECTRONIC REGISTRATION SYSTEMS,
                                         INC.; and ANIL SHAH

**ORDER**

Having reviewed the Stipulation of Plaintiffs DONALD and CRISTINE TANNER, and Defendants COUNTRYWIDE HOME LOANS, INC. erroneously named as Bank of America Home Loans f/k/a Countrywide Home Loans and erroneously named as Countrywide Home Loans; BANK OF AMERICA, NA as successor in interest to Countrywide Bank, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. erroneously named as Mortgage Electronic Registration System, Inc., and ANIL SHAH, and good cause appearing, IT IS ORDERED THAT COUNTRYWIDE HOME LOANS, INC. erroneously named as Bank of America Home Loans f/k/a Countrywide Home Loans and erroneously named as Countrywide Home Loans; BANK OF AMERICA, NA as successor in interest to Countrywide Bank, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. erroneously named as Mortgage Electronic Registration System, Inc. and ANIL SHAH shall have until, and including, January 13, 2010 to respond to the Complaint in this matter.

Dated: 12/22/09

GARLAND E. BURRELL, JR.
United States District Judge